**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

A.M.T.,

Petitioner,

v.

David R Rivas, et al.,

Respondents.

No. CV-26-06933-PHX-JZB

**ORDER**

Pending before the Court is Petitioner's "Motion for Limited Discovery[.]" (Doc. 19.) Considering the instant discovery dispute, the Court issues the following:

**IT IS ORDERED** that a telephonic hearing on Petitioner's Motion for Limited Discovery is scheduled for **OCTOBER 28, 2026,** at **2:00 p.m.** before Magistrate Judge John Z. Boyle. Counsel for the parties are directed to call (855) 244-8681 and use access code 2302 321 0604 five minutes before the hearing.

Dated this 27th day of October, 2026.

Honorable John Z. Boyle
United States Magistrate Judge